JOHN R. SOMMER (SBN 106355)
ATTORNEY-AT-LAW
17426 Daimler Street, Suite 200
Irvine, California 92614
(949) 752-5344, Fax: (949) 752-5439

JS-6

Attorneys for Plaintiff
STUSSY, INC.

NOTE: CHANGES MADE BY THE COURT

ALLAN GABRIEL (SBN 76477)
DYKEMA GOSSETT PLLC
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
(213) 457-1800, Fax: (213) 457-1850

Attorneys for Defendant
VENUS FASHION, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| STUSSY, INC., | Case No.: SACV 11-00788 JST (ANx) |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | [Fed. R. Civ. P. 41(a)(1)(ii)] |
| VENUS FASHION, INC., | |
| Defendant. | |

Having read and considered the Stipulation for Dismissal with Prejudice between the parties and good cause shown, IT IS ORDERED that this case is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED

Dated  September 16, 2011

**JOSEPHINE STATON TUCKER**
Josephine Staton Tucker
United States District Judge

PAS01\222387.1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL